June 8, 1964.

No. 134.   Sica v. United States.   (Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied, *ante*, p. 953.)   The application for a stay of the issuance of the order denying the petition for a writ of certiorari presented to Mr. Justice Douglas, and by him referred to the Court, is denied.   Mr. Justice White took no part in the consideration or decision of this application. *Russell E. Parsons* and *Thomas G. Laughlin* on the application for petitioner.

No. 1266, Misc.   Schwartz et al. v. Underwood, U. S. District Judge.   Motion for leave to amend and supplement petition for writ of mandamus granted.   Motion for leave to file petition for writ of mandamus denied. *Jack G. Day* for petitioners.

No. 1286, Misc.   Smith v. Searcy, Clerk of the Illinois Supreme Court, et al.   Motion for leave to file petition for writ of mandamus denied.

No. 1260, Misc.   Moss v. Nebraska.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se*.   *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin Kent Kammerlohr,* Assistant Attorney General, for respondent.

No. 1402, Misc.   Armstrong v. Dickson, Warden, et al.;
No. 1411, Misc.   Thomas v. Holman, Warden;
No. 1421, Misc.   Loftis v. Eyman, Warden, et al.; and
No. 1445, Misc.   In re Peebles.   Motions for leave to file petitions for writs of habeas corpus denied.